

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2015

No. 04-14-00110-CV

Mary **MOCZYGEMBA,**
Appellant

v.

Thomas **J. MOCZYGEMBA** and Harry Lee Moczygemba,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 12-10-0573-CVW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

Appellant Mary Moczygemba's Motion for En Banc Reconsideration is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court